KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| QIN ZHANG, | ) | No. C-05-4027-CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY | ) | |
| OF THE DEPARTMENT OF | ) | |
| HOMELAND SECURITY; ROBERT P. | ) | |
| MUELLER, III, DIRECTOR OF THE | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the defendants have approved the plaintiff's Form I-485 application to adjust his status to lawful permanent resident.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 05-4027-CRB                                        1

1

2

3    Date: December 2, 2005                Respectfully submitted,

4                                           KEVIN V. RYAN
                                            United States Attorney
5

6                                                /s/
7                                           EDWARD A. OLSEN
                                            Assistant United States Attorney
8                                           Attorneys for Defendants

9

10

11                                               /s/
     Date: December 2, 2005                DONALD UNGAR, ESQ.
12                                          Attorneys for Plaintiff

13

14

15                                      **ORDER**

16           Pursuant to stipulation, IT IS SO ORDERED.

17

18
     Date:   December 06, 2005
19                                          CHARLES R. BREYER
                                            United States District Judge
20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS
C 05-4027-CRB                              2